# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT: DISTRICT OF NEW JERSEY**

Index #: 1:25-CV-14968-CPO-MJS
Date Filed: August 27, 2025
Court Date: _____
Assigned Justice: _____

ATTORNEY(S): Pollock Cohen LLP    PH: (646) 290-7251
ADDRESS: 111 Broadway, suite 1804 New York, NY 10006   File No.: HALEY

**ANGELA HALEY**

vs.                                                                                                           Plaintiff

**COMMUNITY TREATMENT SOLUTIONS, INC., ET AL**

                                                                                                            Defendant

STATE OF New Jersey, COUNTY OF _____ SS.:
MICHAEL DOYLE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New Jersey. On Wednesday, September 3, 2025 at 9:43 AM.
at 1 EAST STOW ROAD, MARLTON, NJ 08053 deponent served the within
**SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT**

on: **COMMUNITY TREATMENT SOLUTIONS, INC.,**

**Defendant** therein named.

**#1 CORPORATION** ☒ By delivering to and leaving with **CHRISTINE KIRKBRIDE, CHIEF PROGRAM OFFICER** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#2 DESCRIPTION** ☒ A perceived description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)
Gender: Female   Race: White   Color of hair: Black   Age: approx. 42   Height: 5ft4in-5ft8in
Weight: 131-160 lbs   Other Features: _____

**#3 WIT. FEES** ☐ $ _____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

LOUISE F. DONNIAN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 15, 2025

Sworn to before me on
9/3/2025

MICHAEL DOYLE
Server's Lic #
InvoiceWorkOrder 2352773

**One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729    Lic # 1310235**

229636