# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT: DISTRICT OF NEW JERSEY**

Index #: __1:25-CV-14968-CPO-MJS__
Date Filed: __August 27, 2025__
Court Date: _____
Assigned Justice: _____

ATTORNEY(S): Pollock Cohen LLP   PH: (646) 290-7251
ADDRESS: 111 Broadway, suite 1804 New York, NY 10006   File No.: HALEY

**ANGELA HALEY**

vs.                                                                                          *Plaintiff*

**COMMUNITY TREATMENT SOLUTIONS, INC., ET AL**

*Defendant*

STATE OF New Jersey, COUNTY OF _____ SS.:
__MICHAEL DOYLE__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New Jersey. On __Wednesday, September 3, 2025__ at __9:43 AM__.
at __1 EAST STOW ROAD, MARLTON, NJ 08053__ deponent served the within
__SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT__

on: __LEGACY TREATMENT SERVICES, INC.,__

**Defendant** therein named.

**#1 CORPORATION** ☒ By delivering to and leaving with __CHRISTINE KIRKBRIDE, CHIEF PROGRAM OFFICER__ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#2 DESCRIPTION** ☒ A perceived description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)
Gender: __Female__   Race: __White__   Color of hair: __Black__   Age: __approx. 42__   Height: __5ft4in-5ft8in__
Weight: __131-160 lbs__   Other Features: _____

**#3 WIT. FEES** ☐ $ _____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

LOUISE F. DONNIAN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 15, 2025

Sworn to before me on
__9/3/2025__

MICHAEL DOYLE
Server's Lic # _____
InvoiceWorkOrder 2352774

**One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729   Lic # 1310235**

224635