Adam Pollock
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
*Additional Attorneys on the Signature Page*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA HALEY, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-14968 |
| Plaintiff, | MOTION DAY: October 20, 2025 |
| v. | **PLAINTIFFS' NOTICE OF MOTION TO CONSOLIDATE AND APPOINT INTERIM LEADERSHIP** |
| LEGACY TREATMENT SERVICES, INC. and COMMUNITY TREATMENT SOLUTIONS, INC., | |
| Defendants. | |
| DIANA HICKS, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-15111 |
| Plaintiff, | |
| v. | |
| LEGACY TREATMENT SERVICES, INC. and COMMUNITY TREATMENT SOLUTIONS, INC., | |
| Defendants. | |
| NAIM TRAVIS, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-15249 |
| Plaintiff, | |
| v. | |
| LEGACY TREATMENT SERVICES, INC. and COMMUNITY TREATMENT SOLUTIONS, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs Angela Haley, Diana Hicks, and Naim Travis will move before the Honorable Christine P. O'Hearn, U.S.D.J., on October 20, 2025, in *Haley v. Legacy Treatment Services, Inc., et ano*, No. 1:25-cv-14968, for an Order Granting Plaintiffs' Motion to Consolidate and Set Leadership Briefing Schedule. A copy of the motion and brief in support are attached hereto as **Exhibit 1**.

| | |
|---|---|
| Dated: September 26, 2025 | Respectfully submitted, |

*/s/ Adam Pollock*
Adam Pollock
NJ Bar # 046202006
**POLLOCK COHEN LLP**
111 Broadway, Ste. 1804
New York, NY 10006
Tel: (212) 337-5361
adam@pollockcohen.com

Ben Barnow*
Anthony L. Parkhill*
Riley W. Prince*
**Barnow and Associates, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: (312) 621-2000
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff Angela Haley*

Leigh Montgomery*
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, TX 77006
Tel: (888) 350-3931
lmontgomery@eksm.com

*Counsel for Plaintiff Diana Hicks*

Leanna A. Loginov
NJ Bar #389742022
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Ste. 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

*Counsel for Plaintiff Naim Travis*

* *pro hac vice forthcoming*